IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPEE KHEN,

    Petitioner,               No. CIV S-04-2150 MCE KJM P

    vs.

WARDEN OF HIGH DESERT
STATE PRISON,

    Respondent.          ORDER
_____/

    Petitioner has requested an extension of time to file and serve an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's August 3, 2005 application for an extension of time is granted in part; and

    2. Petitioner shall file and serve his opposition to respondent's motion to dismiss within forty-five days of the date of this order..

DATED: August 10, 2005.

                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

2kf khen2150.11

1