IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPEE KHEN, | No. 2:04-cv-2150-MCE-KJM-P |
|     Petitioner, | |
|     v. | <u>ORDER</u> |
| WARDEN, HIGH DESERT STATE PRISON, | |
|     Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 27, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

/////

/////

/////

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed February 27, 2006, are adopted in full; and
5      2. Respondent's motion to dismiss is denied.
6  DATED: March 30, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE