IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**SOPEE KHEN,**

Petitioner,

v.

**WARDEN, HIGH DESERT STATE PRISON,**

Respondent.

CIV S-04-2150 MCE KJM P

**ORDER**

Respondent has requested this court issue a scheduling order for respondent's answer to the habeas petition and petitioner's traverse. Accordingly, IT IS HEREBY ORDERED that:

1. Respondent has 45 days from the date of the order denying the motion to dismiss, to and including May 15, 2006, to file an answer to the petition; and

2. Petitioner's traverse be filed 30 days thereafter, and no later than June 14, 2006.

DATED: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1