IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOPEE KHEN,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**WARDEN, HIGH DESERT STATE PRISON,**<br><br>　　　　　　　　　　　Respondent. | CIV S-04-2150 MCE KJM P<br><br>**ORDER** |

  Good cause appearing, Respondent's request for a thirty-day (30) enlargement of time is granted. Therefore, the response to Petitioner's petition for writ of habeas corpus shall be filed no later than June 14, 2006.

**IT IS SO ORDERED.**

Dated: May 10, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order

1