IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPEE KHEN,

    Petitioner,                 No. CIV S-04-2150 MCE KJM P

    vs.

WARDEN, HIGH DESERT STATE PRISON, et al.,

    Respondent.             ORDER
_____/

    Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 29, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: July 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
khen2150.111