IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPEE KHEN,

    Petitioner,               No. CIV S-04-2150 MCE KJM P

    vs.

WARDEN, HIGH DESERT STATE PRISON, et al.,

    Respondent.             ORDER
_____/

    Petitioner has filed a second request for an extension of time to file and serve a reply to the answer to his petition for a writ of habeas corpus. He has also requested a stay of the action until he is able to obtain a copy of his trial transcripts; he has outlined his efforts to secure a copy, but has not suggested how long it might take for him to be successful.

    IT IS HEREBY ORDERED that:

    1. Petitioner's August 10, 2006 second request for an extension of time is granted.

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a reply.

/////

/////

3. Petitioner's August 10, 2006 request for a stay of the proceedings is denied without prejudice to its being renewed.

DATED: August 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/bb
khen2150.111(2)