IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPEE KHEN,

        Petitioner,                    No. CIV S-04-2150 MCE KJM P

       vs.

WARDEN, HIGH DESERT
STATE PRISON, et al.,

        Respondents.           <u>ORDER</u>

/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On June 29, 2006, petitioner filed a request for the production of documents, asking the court to provide him with a copy of the reporters' transcript of his state trial. On September 14, 2006, he filed an amended notice for a stay of the proceedings for 120 days, to allow him to complete his efforts to secure a copy of the transcripts, which were lost in the mail, before he files his reply.

        The court does not provide copies of lodged documents, such as the transcripts in this case, to parties, even indigent prisoners.

/////

/////

/////

1

1   However, the court will grant petitioner a generous extension of time in which to
2   file his traverse.  Petitioner is cautioned that if he is unable timely to secure his transcripts
3   despite diligent effort, he should inform the court of that fact before the expiration of the
4   extended time so the court may consider what remedies, if any, are appropriate.
5      IT IS THEREFORE ORDERED that:
6      1. Petitioner's June 29, 2006 request for production of documents is denied;
7      2. Petitioner's September 14, 2006 request for a stay of the proceedings is
8   denied; and
9      3. Petitioner is granted an additional 120 days from the date of this order to file
10  his reply.  No further extensions will be granted absent a timely showing of extraordinary
11  circumstances.
12  DATED:  December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

khen2150.sty