IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPEE KHEN,

    Petitioner,               No. CIV-S-04-2150 ALA HC

    vs.

WARDEN OF HIGH DESERT
STATE PRISON,                <u>ORDER</u>

    Respondent.
_____/

    Petitioner Sopee Khen is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On November 6, 2007, this court denied that petition. On December 5, 2007, Petitioner filed a request for an extension of time to file his notice of appeal. That request will be denied.

    Therefore, IT IS HEREBY ORDERED that Petitioner's December 5, 2007, request for an extension of time to file his notice of appeal is DENIED.

/////

DATED: December 11, 2007

                                      <u>/s/ Arthur Alarcón</u>
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation