IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPEE KHEN,

      Petitioner,                    No. CIV-S-04-2150 ALA HC

      vs.

WARDEN OF HIGH DESERT
STATE PRISON,                        <u>ORDER</u>

      Respondent.
_____/

      Petitioner Sopee Khen is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On November 6, 2007, this court denied that petition. On December 5, 2007, Petitioner filed a request for an extension of time to file his notice of appeal. That request was denied. On January 18, 2008, Petitioner filed a second request for an extension of time to file a notice of appeal. That filing demonstrates good cause. Plaintiff's request will be granted.

      Therefore, IT IS HEREBY ORDERED that:

          1. Petitioner's January 18, 2008, request for an extension of time to file a notice of appeal is GRANTED; and

          2. Petitioner shall file his notice of appeal on or before February 4, 2008.

/////

1  DATED: January 24, 2008

2                                                  /s/ Arthur Alarcón

                                                UNITED STATES CIRCUIT JUDGE

3                                                  Sitting by Designation