IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOPEE KHEN,

    Petitioner,                   No. CIV-S-04-2150 ALA HC

    vs.

WARDEN OF HIGH DESERT
STATE PRISON,                     <u>ORDER</u>

    Respondent.
_____/

    Petitioner Sopee Khen, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 6, 2007, denial of his petition for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. FED. R. APP. P. 22(b).

/////

    For the reasons set forth the court's November 6, 2007, order petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of

1

1 appealability will not issue in this action.

2       IT IS SO ORDERED.

3 /////

4 DATED: February 8, 2008

5       /s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
6       Sitting by Designation